IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

```
LOREN DOWNARD,                      )
                                    )
           Plaintiff,               )
                                    )  Civil No. 05-806-TC
      v.                            )
                                    )  ORDER
JO ANNE B. BARNHART,                )
Commissioner of Social Security)
                                    )
           Defendant.               )
_____)
```

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on August 31, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The Commissioner's final decision is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this __20th__ day of __Sept.__, 2006.

```
                    _____
                         Michael R. Hogan
                    UNITED STATES DISTRICT JUDGE
```

2    - ORDER